CARLIE CHRISTENSEN, Acting United States Attorney (#633)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: carol.dain@usdoj.gov

FILED
U.S. DISTRICT COURT

2014 JUL 30  A 11: 55

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIO. 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity; VIO. 18 U.S.C. § 2423(b) and (e), Travel with Intent to Engage in Illicit Sexual Conduct. |
| vs. | |
| CAMERON LAWSON CALL, | Case: 2:14-cr-00409 Assigned To : Waddoups, Clark Assign. Date : 7/30/2014 Description: USA v. |
| Defendant. | |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 2422(b)

Between on or about April 9, 2014, and on or about July 21, 2014, in the Central Division of the District of Utah and elsewhere,

CAMERON LAWSON CALL,

defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C § 2422(b).

## COUNT II
18 U.S.C. § 2423(b) and (e)

Between on or about July 17, 2014, and on or about July 21, 2014, in the Central Division of the District of Utah and elsewhere,

CAMERON LAWSON CALL,

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. § 2423(f), with another person, and attempted to do so; all in violation of 18 U.S.C § 2423(b) and (e).

\* \* \* \* \*

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offenses alleged in Counts I and II of this Indictment, which are punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2428 any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and any property traceable thereto, including but not limited to:

- Vivitar 10.1 mega pixel camera
- iPhone
- TomTom GPS

- Nikon camera
- 30 GB iPod

/S/
_____
FOREPERSON OF GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

_____
CAROL A. DAIN
Assistant United States Attorney